**In re Scott LOCHNER and Meir Bartur.**

No. 02–1161.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2002.

514

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and DYK, Circuit Judge.

*JUDGMENT*